# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

HYDRO-DYNE ENGINEERING, INC.,

Appellant,

v.

MICHAEL WILLIAMS, SCOTT GRIFFITH; CORNERSTONE MECHANICAL, LLC; and CORNERSTONE H20, LLC,

Appellees.

No. 2D2025-2043

———————————————

April 17, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pinellas County; Patricia A. Muscarella, Judge.

Donald A. Mihokovich and Kenneth M. Curtin of Adams and Reese, LLP, Tampa; Elliot A. Hallak and Megan E. Knepka, admitted pro hac vice of Harris Beach Murtha Cullina, PLLC, Albany, New York, for Appellant.

Brett P. Owens of Fisher & Phillips, Tampa, for Appellees.


PER CURIAM.

    Affirmed.


KHOUZAM, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.